UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY GOTTS,

    Plaintiff,                      Case Number 17-10036

v.                                           Honorable David M. Lawson

BEAUMONT HEALTH SYSTEM, INC.,
OAKWOOD HEALTHCARE, INC. d/b/a
BEAUMONT HOSPITAL, TAYLOR,
and OAKWOOD HEALTHCARE, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

On September 8, 2017, the parties informed the Court by email that they had reached a final settlement of all claims in the case. The Court therefore will dismiss the case.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the case to enforce the settlement agreement **on or before October 8, 2017**.

                                                 s/David M. Lawson
                                                 DAVID M. LAWSON
                                                 United States District Judge

Dated: September 8, 2017

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 8, 2017.

                         s/Susan Pinkowski
                         SUSAN PINKOWSKI